UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH J. WILLIAMS,

        Plaintiff,

                                          CASE NO. 13-CV-14941

v.                                     HONORABLE GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (DOC. #15) GRANTING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT (DOC. #11), DENYING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT (DOC. #14) AND REMANDING ACTION

Before the court are the parties' cross-motions for summary judgment, which were referred to the magistrate judge for a report and recommendation. On February 27, 2015, Magistrate Judge Mona Majzoub issued her report, recommending that the court grant plaintiff's motion for summary judgment, deny the defendant's motion for summary judgment, and remand the matter for proper application of the treating-physician rule.

The magistrate judge specifically stated that any objections to her report were to be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right to appeal. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985). No such objections were filed by either party.

The court has reviewed the record and briefing in this matter, as well as the magistrate judge's report and recommendation. Finding that report and recommendation to be well-reasoned, the court hereby adopts the result recommended therein. Accordingly,

-1-

plaintiff's motion for summary judgment is hereby GRANTED. Defendant's motion for summary judgment is DENIED, and this cause of action is REMANDED to the Commissioner of Social Security as stated in the report and recommendation.

IT IS SO ORDERED.


Dated: March 20, 2015

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 20, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk