UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH J. WILLIAMS,

        CASE NO. 13-CV-14941
   Plaintiff,        HONORABLE GEORGE CARAM STEEH

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

   Defendant.
                                 /

ORDER GRANTING PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES (DOC. # 18)

    Now before the court is plaintiff's motion for attorney's fees in this Social Security case (Doc. #18). On March 20, 2015, the court accepted Magistrate Judge Mona Majzoub's report and recommendation, granted plaintiff's motion for summary judgment, denied defendant's motion for summary judgment and remanded the action to the Commissioner of Social Security for proper application of the treating-physician rule (Doc. #16). Plaintiff subsequently filed the instant motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Plaintiff seeks attorney's fees in the sum of $3,040.62, payable directly to plaintiff's attorney pursuant to an assignment of fees in her fee arrangement with her attorney. Alternatively, if defendant verifies that plaintiff owes a debt to the United States, plaintiff moves the court to order defendant to offset the debt and issue the remaining balance to plaintiff in her name. Defendant filed a response

stating that it does not object to plaintiff's motion. Therefore, plaintiff's motion is GRANTED for the reasons stated in the motion.

 IT IS SO ORDERED.

Dated: May 12, 2015

         s/George Caram Steeh
         GEORGE CARAM STEEH
         UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 12, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk